**Opinion issued January 24, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-18-01144-CR

———————————

## IN RE LONNIE HENRY RECTOR, JR., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Lonnie Henry Rector, Jr., incarcerated and proceeding pro se, has filed a petition for writ of mandamus seeking to compel the respondent district judge to transmit to the Court of Criminal Appeals his motion for nunc pro tunc filed in the underlying proceeding, pursuant to the Texas Code of Criminal Procedure Article 11.07, Section 3(c).[1]  However, because relator's petition involves a final

---

[1]     The underlying case is *The State of Texas v. Lonnie Henry Rector, Jr.*, Cause No. 714415, in the 262nd Judicial District Court of Harris County, Texas, the Honorable

post-conviction felony proceeding, we lack jurisdiction because the Texas Court of Criminal Appeals has exclusive jurisdiction over Article 11.07 final post-conviction felony proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, §§ 3(a), 5 (West 2015); *Padieu v. Court of Appeals of Tex., Fifth Dist.*, 392 S.W.3d 115, 117 (Tex. Crim. App. 2013) (orig. proceeding) (per curiam). "Article 11.07 contains no role for the courts of appeals," and "to complain about an action or inaction of the convicting court, the applicant may seek mandamus relief from the Court of Criminal Appeals." *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we **dismiss** relator's petition for want of jurisdiction.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.

Do not publish. TEX. R. APP. P. 47.2(b).

---

Lori Chambers Gray presiding. The named respondent, the Honorable Denise Bradley, is no longer on the bench. This Court affirmed relator's felony conviction and life sentence for aggravated robbery. *See Rector v. State,* No. 01-96-00698-CR, 1997 WL 665503, at *1 (Tex. App.—Houston [1st Dist.] Oct. 16, 1997, no pet.) (not designated for publication). This Court also dismissed for want of jurisdiction relator's similar mandamus petition addressed to the district clerk. *See In re Rector*, No. 01-18-01102-CR, 2018 WL 6694792 (Tex. App.—Houston [1st Dist.] Dec. 20, 2018, orig. proceeding) (mem. op., not designated for publication).